ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| HENRY LEE BROWN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 314-108 |
| ) | |
| FNU QUINN, Warden, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint without prejudice for failure to exhaust administrative remedies, and **CLOSES** this civil action.

SO ORDERED this 24 day of February, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE